# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Antonio Perez, | Case No.: 2:20-cv-00554-APG-EJY |
| Petitioner, | |
| v. | **Order Denying Application to Proceed** *In Forma Pauperis* |
| Warden Howell, | |
| Respondent. | [ECF No. 1] |

Petitioner Antonio Perez has filed an application to proceed *in forma pauperis* with an attached petition for a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. I find that Perez can pay the full filing fee of $5.00.

I THEREFORE ORDER that the application to proceed *in forma pauperis* **(ECF No. 1) is DENIED**. Perez shall have 30 days from the date that this order is entered to have the filing fee of $5.00 sent to the Clerk of Court. Failure to comply will result in the dismissal of this action.

I FURTHER ORDER the Clerk of Court to send Perez two copies of this order. Perez is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

Dated: March 20, 2020

_____
U.S. District Judge Andrew P. Gordon