AARON D. FORD
  Attorney General
JOHN C. DORAME (Bar. No. 10029)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
(775) 684-1261 (phone)
(775) 684-1108 (fax)
jdorame@ag.nv.gov
*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTONIO PEREZ,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN HOWELL, *et. al.,*<br><br>Respondents. | Case No. 2:20-cv-00554-APG-EJY<br><br>**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS (FIRST REQUEST)** |

Respondents, Warden Jerry Howell, *et al.* (Respondents), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and John C. Dorame, Deputy Attorney General, move this Court for an order allowing them a ninety-day (90) day enlargement of time, or up to and including Monday, March 6, 2023, to respond to Petitioner Antonio Perez's (Perez) first amended petition for writ of habeas corpus.

This motion is based on the provisions of Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other pleadings and papers on file herein.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

This is Respondents' first request for an enlargement of time to respond to Perez's first amended petition for writ of habeas corpus. Respondents make this motion in good faith and not for the purpose of unnecessary delay.

RESPECTFULLY SUBMITTED this 2nd day of December, 2022.

AARON D. FORD<br>
Attorney General<br><br>
By: /s/ John C. Dorame<br>
JOHN C. DORAME (Bar. No. 10029)<br>
Deputy Attorney General

IT IS SO ORDERED:

Dated: December 5, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE