# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Antonio Perez,<br><br>    Petitioner,<br><br>v.<br><br>Gabriela Najera,[1] *et al.*,<br><br>    Respondent. | Case No.: 2:20-cv-00554-APG-EJY<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 22] |

Respondents, through counsel, move to extend time to file their response to the amended petition (ECF No. 18) in this case. ECF No. 22. I find that motion is made in good faith and not solely for the purpose of delay. So, I will grant it. I also note, however, that the new deadline under the extension is more than seven months from the date the amended petition was filed. Therefore, I am not willing to grant any additional extensions beyond this one.

I THEREFORE ORDER that respondents' motion to extend time to file their response to the amended petition (ECF No. 22) is GRANTED. The response **is due May 22, 2023**. **No further extensions will be permitted**. In all other respects, the schedule set forth in my order of September 12, 2022, (ECF No. 17) remains in effect.

Dated: February 3, 2023

_____
U.S. District Judge Andrew P. Gordon

---

[1] As the current warden of Southern Desert Correctional Center, Gabriela Najera is substituted as the primary respondent in this case. *See* Fed. R. Civ. P. 25(d).